# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

ROWANA K. RIGGS
1953 N. Kansas
WICHITA, KANSAS 67214

Case: 1:22-cv-01325 JURY DEMAND
Assigned To : McFadden, Trevor N.
Assign. Date : 5/13/2022
Description: Pro Se Gen. Civ. (F-DECK)

VS

IN THE EIGHTEENTH JUDICIAL DISTRICT
DISTRICT COURT, JUVENILE DEPARTMENT
WICHITA, SEDGWICK COUNTY, KANSAS

ADDRESS

JDV

BRADY A. BURDGE #25423
ASSISTANT DISTRICT ATTORNEY
1900 E. Morris
Wichita Ks. 67211
(316) 660-9700 - 316-660-9700
JUVENILEDIVISION@Sedgwick.gov

⟵⟶ JUDGE PJ WALTERS
ON CASE # 2018JC000438
2018JC000439
2018JC000440

AND ALSO
WICHITA KANSAS DCF OFFICE
2601 S. OLIVER ST
WICHITA, KANSAS 67210-1205

RECEIVED
MAY 13 2022
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

AND

ST. FRANCIS MINISTRIES
2601 S. OLIVER ST
WICHITA, KANSAS — 67210-1205

# THE FACTS OF CASE

I, Rowana K. Riggs took my granddaughter to ST. Francis Hospital in Wichita, Kansas on 1/31/21; I felt like she was having a Seizure, my Granddaughter name is Blessyn S. Riggs 14. She had been in my home at 1953 N. Kansas, Wichita, Kansas since 3/20; with her 2-brothers Malachi Holloway, Kumari Clayton. ST. Francis Ministries, Kidnapped my 2 Grandson on 6/7/21. Wichita, Kansas Police Department 2-policemen, Jacquelin Owens, BSW-ADOPTION Permanency Specialist Wichita office, + Mrs. Owens Supervisor- were with the 2-Wichita, Ks. P.D. Officers. It should have been Sheriff Officers at my home instead of Wichita, Ks Police Department officers. No Court Order from Judge P.J. Walters or Juvenile Court were served to me Rowana K. Riggs. I am the 3-Grandchildren <u>Maternal Grandmother.</u>

St. Francis Hospital, DCF, St. Francis Ministries have all committed Kidnapping, Holding Granchildren Hostages + Fraud. I Rowana K. Riggs have never received a check for either of the 3 grandchildren from SSA Wichita, Ks. I did receive every 2-weeks $602.00 from St. Francis Ministries that's all. When I went to the Court Dates Schedule from me to be their, for my granchildren + my Case; Judge P.J. Walters would not let me Speak Out. Basically shut-up, sit down Even though I raised my hand to speak first.

St. Francis Ministries been trying DAY 1 the granchildren came to my home, to get me to sign some papers from SSA, I WOULD NOT signed because ST. Francis Ministries WOULD NOT Tell me the full extent why

From DAY 1 YOUR Honor, I alway asked St. Francis Ministries, DCF, the Juvenile Court, Judge P.J. Walters Caseworkers, my Court appointed Attorney etc. for a Copy of Temporarily Custody Papers on/for my grandchildren. Truthfully Speaking Your Honors her in Washington D.C. the Courts + Judges have treated me Rowana K. Riggs like "Crap" since day 1 with grandchildren. The Courts in Wichita, Ks — Kansas Judicial System treat all "Blacks" on the Majority like Crap! No Disrespect Lady + Gentlemen, but I'm just telling the Honest God Truth. Blacks in Wichita, Ks. have no one to really go to. I want all 3 - of my grandchildren back Home at 1953 N. Kansas with me, their Maternal granmother Rowana K. Riggs. I would Sued for One-Hundred Million Dollars; The System St. Francis Ministries Judges P.J. Walters DA'S DCF, St. Francis Hospital all Conspired/Conspiracy committed in this - Case, along with Kidnapping, Holding Granchildren Hostages. I Let you Lady + Gentleman be the Judge, whatever you See feasable. 1. First of all I want my Granchildren back home with me Grandmother.

2. One Hundred Million in amount of money to send a Messages to DCF, St. Francis Ministries, Juvenile Court P.J. Walters, DA'S & St. Francis Hospital that No one should be treated like the way I been treated with my granchildren. Whatever the Court finds feasible. I come back even for a Jury Trial if/and being that your Courts in D.C./Washington say to be in a Jury Court

I'm Sorry for the Handwriting & taking up you All time I am very upset about this situation. There are many many more people in Wichita, KS the same is happying to them & their family. DCF & St Francis Ministries have already lost a Case such a sninne + others 2-3 yr ago. Family/Families still being added check the Records.   If I Had Wings of A Dove!

Rowana K. Briggs
5/13/22

Judge P. J. Walters
has Concealed Case #2018JC000438
2018JC000439
2018JC000440 s

because there's Fraud/Embezzlement going on with my 3 Granchildren Case Kumari Clayton - baby grandson has been push down 15-20 steps at another foster Parent home by a man name Russell 2-other incidents happened at Mr. Russell home dealing with my Gandson Athsma + sending Kumari up on a bad-roof-top, Kumari could have been seriously hurt or maybe killed.

Rowena K. Biggs
5/13/22